https://gopethicscommittee.s3.us-east-2.amazonaws.com/Voting-441-Computer-Fraud-SOX-Complaint.pdf

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 APR 22 PM 12: 48

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

Https://www.Coloradogop.org/ethics-committee
Colorado GOP Assembly Delegate Jon F. Gray-Ginsberg ID 700006
Candidate Jon Gray-Ginsberg CO SOS Tracer ID 20215040013

_____, Plaintiff

v.

Suneel Gul Mirchandani, _____,
ReplySystems,
Infowhyse Gmbh,
P. Rahm, _____,

Kristi Burton-Brown,
Joe Jackson, Et Al.

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

https://gopethicscommittee.s3.us-east-2.amazonaws.com/Voting-441-Computer-Fraud-SOX-Complaint.pdf

**A.    PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Https://www.Coloradogop.org/ethics-committee

Jon Frederick Gray-Ginsberg / 35 West Main Street, Unit 1521, Frisco, CO 80443

(Name and complete mailing address)        (720) 419-0363

720-615-4255        Friscohouseoforange@gmail.com & Gray-Ginsberg@ColoradoGop.Org

(Telephone number and e-mail address)

**B.    DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:

Suneel Gul Mirchandani
Infowhyse GmbH

(Name and complete mailing address)

http://www.Replysystems.com
Pfingstweide 24 61169,
Friedberg DE

(Telephone number and e-mail address if known)

https://www.infowhyse.com/
tel: +49 6031 188 1280
mail: info@infowhyse.com

Defendant 2:

(Name and complete mailing address)

(303) 758-3333        priscilla@priscillarahn.com

P. Rahm
5950 S. Willow Drive,

(Telephone number and e-mail address if known)

Suite 210
Greenwood Village, CO 80111
720-331-1026

Defendant 3:

(Name and complete mailing address)

Kristi Burton Brown
5950 S. Willow Drive,

(303) 758-3333        kristi@cologop.org

Suite 210

(Telephone number and e-mail address if known)

Greenwood Village, CO 80111

Defendant 4:

Joseph Jackson
5950 S. Willow Drive,

(Name and complete mailing address)

Suite 210
Greenwood Village, CO 80111

970-217-3179        jjackson@cologop.org

(Telephone number and e-mail address if known)

2

**C.    JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

☐    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

☒    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____Colorado_____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____Colorado_____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of ___India / Germany_____ (name of state or foreign nation).

Defendant 1 has its principal place of business in ___India / Germany___ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

### D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  See hyperlink for 15 claims - Plaintiff(s) believe The Computer Fraud & Abuse Act of 1986 (CFAA) was violated

Supporting facts:    See Attached and published Claims 1-15

https://gopethicscommittee.s3.us-east-2.amazonaws.com/Voting-441-Computer-Fraud-SOX-Complaint.pdf

i.) Plaintiff(s) believes that there were Computer Voting Election Violations by the non-compliant and secure wifi, (per NIST, MSDN, DHS) Computer hardware and Software system, provided by a foreign country based computer company, Infowhyse GmbH, http://www.Replysystems.com, improperly deployed for the April 9th, 2022 Colorado Republican Assembly Fundraiser and State Assembly, Convention, & Election for (a.) Election Results and (b.) Campaign Finance Distributions, violating Sarbanes Oxley Compliance for the Digital Verification Process for Election Results and compliant Audit trail per Microsoft Best Practices and SOX, including but not limited to all digital logs from (c.) data collection, (d.) Code and software data compilation, and (e.) digital deployment of results per DevOps procedure and Best Practices of the Microsoft Developer Network, were not followed. 18 U.S. Code § 1030 - Fraud and related activity in connection with computers / Cybercrime & the Law: Computer Fraud and Abuse Act (CFAA) and the 116th Congress 09-21-2020.

https://gopethicscommittee.s3.us-east-2.amazonaws.com/Voting-441-Computer-Fraud-SOX-Complaint.pdf

An Act which may be cited as the "Prevention of Foreign Interference with Elections Act of 2019."

CLAIM TWO: _____ 2 of 15 claims _____

Supporting facts:    See Attached and published Claims 1-15

https://gopethicscommittee.s3.us-east-2.amazonaws.com/Voting-441-Computer-Fraud-SOX-Complaint.pdf

Plaintiff(s) alleges that there were additional tax reporting violations of Colorado Campaign Finance Law and Best Practices, by and referred to in the Colorado Constitution as the Constitution or Article XXVIII (also known as Amendment 27) and Title 1 Article 45 of the Colorado Revised Statutes (C.R.S.)

## E.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Plaintiff(s) request Penalties to be applied in cases of criminal copyright infringement (i.e., violations of 17 U.S.C. § 506(a)), are set forth at 18 U.S.C. § 2319

Administrative Procedure Act/ Review or Appeal of Agency Decision 899
Administrative Procedure Act (5 U.S.C. Subchapter II)

The civil remedy in the Racketeer Influenced and Corrupt Organizations (RICO) statute, 18 U.S.C. 1961, et. seq., is not limited to the "archetypal, intimidating mobster." Sedima SPRL v. Imrex Co. Inc., 473 U.S. 479, 498 (1985).
There is no reason why RICO cannot apply to Election thieves and Campaign Finance Fraud.

Colo. Rev. Stat. §§ 18-5.5-101 to -102

Please reference the Act which may be cited as the "Prevention of Foreign Interference with Elections Act of 2019."   https://www.congress:gov/bill/116th-congress/senate-bill/1469/text

## F.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Jon F. Gray-Ginsberg*  7-7.
(Plaintiff's signature)

04-20-2022
(Date)

(Revised December 2017)

6

https://gopethicscommittee.s3.us-east-2.amazonaws.com/Voting-441-Computer-Fraud-SOX-Complaint.pdf

Claim 1 of 15

Voting 441- by Computer Fraud - *Citizens United v. Federal Election*

i.) Plaintiff(s) believes that there were Computer Voting Election Violations by the non-compliant and secure wifi, (per NIST, MSDN, DHS) Computer hardware and Software system, provided by a foreign country based computer company, Infowhyse GmbH, http://www.Replysystems.com, improperly deployed for the April 9th, 2022 Colorado Republican Assembly Fundraiser and State Assembly, Convention, & Election for (a.) Election Results and (b.) Campaign Finance Distributions, violating Sarbanes Oxley Compliance for the Digital Verification Process for Election Results and compliant Audit trail per Microsoft Best Practices and SOX, including but not limited to all digital logs from (c.) data collection, (d.) Code and software data compilation, and (e.) digital deployment of results per DevOps procedure and Best Practices of the Microsoft Developer Network, were not followed. 18 U.S. Code § 1030 - Fraud and related activity in connection with computers / Cybercrime & the Law: Computer Fraud and Abuse Act (CFAA) and the 116th Congress 09-21-2020.

https://www.law.cornell.edu/uscode/text/18/1030

https://docs.microsoft.com/en-us/compliance/regulatory/offering-sox

ii.) Plaintiff(s) believe The Computer Fraud and Abuse Act of 1986 (CFAA) was violated, which is a United States cybersecurity bill that was enacted in 1986 as an amendment to existing computer fraud law (18 U.S.C. § 1030), which had been included in the Comprehensive Crime Control Act of 1984. The law prohibits accessing a computer without authorization, or "in excess of authorization" .[1] Prior to computer-specific criminal laws, computer crimes were prosecuted as mail and wire fraud, but the applicable law was often insufficient. This is exactly how the Device was issued with the blue piece of paper printed at the Arena Event. This photograph was taken on the chair at the event.



iii.) Please reference the Act which may be cited as the "Prevention of Foreign Interference with Elections Act of 2019."

https://www.congress.gov/bill/116th-congress/senate-bill/1469/text

2

Taxes 870
Taxes IRS Third Party 26 USC 7609

https://www.irs.gov/irm/part9/irm_09-004-004

https://www.law.cornell.edu/uscode/text/26/7609

(i.) Plaintiff(s) alleges that there were additional tax reporting violations of Colorado Campaign Finance Law and Best Practices, by and referred to in the Colorado Constitution as the Constitution or Article XXVIII (also known as Amendment 27) and Title 1 Article 45 of the Colorado Revised Statutes (C.R.S.)

(ii.) Plaintiff(s) believe The Defendants violated campaign finance and Federal tax law and commerce law by collecting Millions of Dollars specifically utilizing the used and outdated wifi computer system that does not give a digital receipt to the end user, and is utilizing false and non verifiable data (without a digital audit trail) by Sarbanes Oxley and Non-Microsoft Best Practices, (ii.) while utilizing non compliant voting computers in order to distribute the millions of dollars of fund by not providing a digital receipt for each vote cast during millions of dollars of money distributions based on the hacked computer vote. 18 U.S.C. § 1514A Sarbanes-Oxley Act (SOX)

www.whistleblowers.gov/statutes/sox_amended

Exhibit 4



https://www.infowhyse.com/
http://www.Replysystems.com

3

False Claims Act 375
Qui Tam (31 USC 3729(a)).

(i.) Plaintiff alleges the Defendant Tampered with the Serial Number of the Voting Devices so there could not be "Real Time" verification of the digital results, as no email was sent and no individual receipt printed for any election results of the April 9th, 2022 election, for any individual Delegate.

Exhibit 3



ii.) Many of the Fraud Section's cases are suits filed under the False Claims Act (FCA), 31 U.S.C. §§ 3729 - 3733, a federal statute originally enacted in 1863 in response to defense contractor fraud during the American Civil War.

The FCA provided that any person who knowingly submitted false claims to the government was liable for double the government's damages plus a penalty of $2,000 for each false claim. The FCA has been amended several times and now provides that violators are liable for treble damages plus a penalty that is linked to inflation.

iii.) In addition to allowing the United States to pursue perpetrators of fraud on its own, the FCA allows private citizens to file suits on behalf of the government (called "qui tam" suits) against

those who have defrauded the government. Private citizens who successfully bring qui tam actions may receive a portion of the government's recovery. Many Fraud Section investigations and lawsuits arise from such qui tam actions.

4

## Antitrust 410

i.) The Plaintiff (s) alleges The non compliant computer / non secure Arena wifi Devices used in the April 9th, 2022, Election do not follow US Standards for Sarbanes Oxley and (ii.)as the Device Originates with  the device does not Follow EU Standards for and violates The first component of these rules is Directive 2014/56/EU, which established the framework for audits, public oversight of auditors, and cooperation between EU authorities. The directive also gives EU officials the power to investigate and impose sanctions so that the rules can be better enforced to protect investors. The second component is Regulation (EU) No 537/2014 and specifies audit requirements for public interest entities. Additionally, 2016 saw the establishment of the Committee of European Auditing Oversight Bodies to further improve oversight of audits across the EU. The Defendant and Parent Company of the Computer hardware and software resides with Suneel Gul Mirchandani in Russia and the EU per Dun and Bradstreet.

https://docs.microsoft.com/en-us/compliance/regulatory/offering-sox

https://en.wikipedia.org/wiki/Sarbanes%E2%80%93Oxley_Act

ii.) The Plaintiff believes the SEC acts were violated,  See CodificationActs amended Securities Exchange Act of 1934, Securities Act of 1933, Employee Retirement Income Security Act of 1974, Investment Advisers Act of 1940, Title 18 of the United States Code, Title 28 of the United States Code Titles amended  15, 18, 28, 29.

iii.) The Plaintiff(s) believe this 2022 April 9th, Election was tampered with, in part, and only in part, by Colorado United Water and Sanitation Political Subdivision, with Jared Polis' direct involvement at Hunters Circle,  which Private Political Subdivision in Colorado has donated in a conflict of interest to the Republican Candidates in the Computer vote, violating Tracer Campaign Finance Rules (conflict of interest) by Agents and Affiliates noted by Tracer Campaign Finance.

5

## Banks and Banking 430

i.) The Plaintiff Alleges that the Government has been influenced by the use of online banking to collect funds and distribute campaign finance funds based on this non compliant computer system utilized for the April 9th,2022 Assembly Election and immediate money distribution based on the results without receipts for each Delegate voter / financial donor (ie. a digital

receipt when a deposit is made at Wells Fargo / a receipt showing who you voted for as receipt to the Delegate who voted was not provided ever, while tracking donations through Colorado Tracer has not been enforced / loosely enforced..

ii.) See United States Code, 2006 Edition, Supplement 3, Title 41 - PUBLIC CONTRACTS SuDoc Class Number Y 1.2/5: Contained Within Title 41 - PUBLIC CONTRACTS CHAPTER 7 - OFFICE OF FEDERAL PROCUREMENT POLICY Sec. 430 - List of laws inapplicable to procurements of commercial items in Federal Acquisition Regulation.

6

Commerce 450 - *ALICE CORPORATION PTY. LTD. v. CLS BANK INTERNATIONAL ET AL.*

(i.) Because Suneel Gul Mirchandani and Infowhyse GmbH http://www.Replysystems.com and https://www.infowhyse.com/ have all violated Dormant Commerce Clause by being a foreign company involved in computer fraud using a wireless device, it is requested for a

(ii.) an US IRS Digital Audit as The Replysystems / Infowhyse computer system was used extensively to fundraise in State, Interstate and International commerce, with a non compliant computer system using a non-secure wifi based internet system for elections and monetary distributions.

https://www.supremecourt.gov/opinions/13pdf/13-298_7lh8.pdf

7

Racketeer Influenced and Corrupt Foreign Organizations 470

i.) The Defendants have intentionally violated all digital verification laws for Sarbanes Oxley Compliance for the Digital Verification Process for Election Results and Audit per Microsoft Best Practices and SOX, including all digital logs from data collection, compilation, and deployment of results per DevOps procedure and Best Practices of the Microsoft Developer Network, while violating Colorado Campaign Finance Law and Best Practices, referred to in the Colorado Constitution as the Constitution or Article XXVIII (also known as Amendment 27) and Title 1 Article 45 of the Colorado Revised Statutes (C.R.S.)

ii.) In cryptography and computer security, a **man-in-the-middle, monster-in-the-middle**,[1][2] **machine-in-the-middle, monkey-in-the-middle**,[3] **meddler-in-the-middle**[4] (**MITM**) or **person-in-the-middle**[5] (**PITM**) attack is a cyberattack where the attacker secretly relays and possibly alters the communications between two parties who believe that they are directly communicating with each other, as the attacker has inserted themselves between the two parties.[6] One example of a MITM attack is active eavesdropping, in which the attacker makes independent connections with the victims and relays messages between them to make them

believe they are talking directly to each other over a private connection, when in fact the entire conversation is controlled by the attacker.[7] The attacker must be able to intercept all relevant messages passing between the two victims and inject new ones. This is straightforward in many circumstances; for example, an attacker within the reception range of an unencrypted Wi-Fi access point could insert themselves as a man-in-the-middle.[8][9][10] As it aims to circumvent mutual authentication, a MITM attack can succeed only when the attacker impersonates each endpoint sufficiently well to satisfy their expectations. Most cryptographic protocols include some form of endpoint authentication specifically to prevent MITM attacks. For example, TLS can authenticate one or both parties using a mutually trusted certificate authority.[11][9]

https://www.ncsl.org/research/telecommunications-and-information-technology/cybersecurity-legislation-2021.aspx

https://www.itgovernanceusa.com/federal-cybersecurity-and-privacy-laws

iii..) ie. When you make a deposit at Wells Fargo, you are given a digital receipt.  There was no email, no receipt, no paper printout

iv.) and the computer coding process to create the results is not Sarbanes Oxley Complaint per Microsoft, as there is no digital DevOps record of Software Code, Source Code Management, Nothing for Audit, which is ILLEGAL, and violates Title 18 USC Section 1961.

v.) the exposure of source code and database results to a manual conversion by the computer operators and Kristi Burton Brown non digital / non automated DevOps process leaves the Election trust to some guy on his laptop, and used equipment that does not comply with the originating countries standards, and there is no secure site for reporting in real time to the delegates, violating NIST standards for Digital Audit Compliance.

vi.)  The lack of secure and working correctly wifi at the Arena compounds the security issue, leaving open https://en.wikipedia.org/wiki/Man-in-the-middle_attack.

https://docs.microsoft.com/en-us/compliance/regulatory/offering-sox

https://www.sos.state.co.us/pubs/elections/CampaignFinance/files/CPFManual.pdf

(vii.) The Plaintiff(s) reference The act, (Pub.L. 107–204 (text) (PDF), 116 Stat. 745, enacted July 30, 2002), also known as the "Public Company Accounting Reform and Investor Protection Act" (in the Senate) and "Corporate and Auditing Accountability, Responsibility, and Transparency Act" (in the House) and more commonly called **Sarbanes–Oxley**, **Sarbox** or **SOX**, contains eleven sections that place requirements on all U.S. public company boards of directors and management and public accounting firms. A number of provisions of the Act also

apply to privately held companies, such as the willful destruction of evidence to impede a federal investigation.

https://www.dnb.com/business-directory/company-profiles.infowhyse_gmbh.26c56895bddc31420c22589910f8336f.html

https://www.replysystems.com/



(iii.) The civil remedy in the Racketeer Influenced and Corrupt Organizations (RICO) statute, 18 U.S.C. 1961, et. seq., is not limited to the "archetypal, intimidating mobster." Sedima SPRL v. Imrex Co. Inc., 473 U.S. 479, 498 (1985). There is no reason why RICO cannot apply to data thieves. RICO provides a significant remedial advantage over traditional remedies such as the federal Computer Fraud and Abuse Act (CFAA), 18 U.S.C. 1030(g), which directly outlaws the

theft of data, and, like RICO, provides for a civil remedy. The CFAA, however, is limited to compensatory damages, whereas RICO provides for treble damages and attorney fees. 18 U.S.C. 1964(c). This article will review the elements of a civil RICO action as they apply to data theft and how to frame a successful RICO suit predicated on data theft.

(iii.) To allege and prove civil RICO, a plaintiff "must show that he was injured by defendants' (1) conduct (2) of an enterprise (3) through a pattern (4) of racketeering activity." Sedima SPRL, 473 U.S. at 496. The threshold issue is whether the data thief was acting through a RICO "enterprise." The statute defines enterprise as "any individual, partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity." 18 U.S.C. 1961(4).

iv.) Per NIST Standards, Plaintiff(s) believe that the "Coders" responsible for the Code, as well as all Digital DevOps Logs from the Complete Computer Process during the Delegate Elections should be presented Department of Justice per Colorado Campaign Finance Laws per .Amendment 27, which addresses Campaign and Political Finance (CPF), was approved by Colorado Voters in 2002 and is Article XXVIII of the Colorado Constitution.

Cybercrime and the Law: Computer Fraud and Abuse Act (CFAA) and the 116th Congress September 21, 2020

v.) The act, (Pub.L. 107–204 (text) (PDF), 116 Stat. 745, enacted July 30, 2002), also known as the "Public Company Accounting Reform and Investor Protection Act" (in the Senate) and "Corporate and Auditing Accountability, Responsibility, and Transparency Act" (in the House) and more commonly called Sarbanes–Oxley, SOX.

9

Freedom of Information Act 895

https://irp.fas.org/congress/1996_rpt/s104272.htm

i.) The Plaintiff Jon Gray-Ginsberg as a Delegate, and as a Candidate alleges, he nor any of the approximate 4800 Delegates were NEVER provided a digital real time online record, NOR printed record of each delegates days voting record, "as exists with printed ballots", nor was any Delegate given digital real time access to their own personal voting record, nor a public record of each delegate's vote in any way by digital dashboard nor by individual receipt email, (ii.) no printed vote receipt during the date of Election in contrast to the public outcry for paper ballots and quick vote prior to using the computer system for Saturday Arena Event vote with the outdated used computer non secure wifi computer equipment from another Country where the equipment does not meet its own EU Standards, (iii.) Plaintiff(s) were emailed a spreadsheet, emailed by Defendant Burton Brown, which excel spreadsheet was tampered with before being received to manipulate election results (iv.) and it does not follow for digital dashboard real time

reporting with a digital audit trail per Microsoft DevOps Best Practices for Code Creation, Deployment of Program, and Collection of Data per NIST (v.) the "Used" Computer devices do not allow Delegates freedom of information as a Delegate to know the vote, nor have a digital and/or paper confirmation, violating the constitutional rights as a State Delegate using a non secure wifi based computer system with no paper receipt and no digital email receipt, overtly violating Sarbanes Oxley and the NIST for Digital Auditing process and reporting.

https://www.nist.gov/cyberframework/frequently-asked-questions

ii.) The foreign based and outdated ReplySystems computer system used for Campaign Finance and Campaign Elections violated Executive Order 13800, Strengthening the Cybersecurity of Federal Networks and Critical Infrastructure, made the Framework mandatory for U.S. federal government agencies.

10

Administrative Procedure Act/ Review or Appeal of Agency Decision 899
Administrative Procedure Act (5 U.S.C. Subchapter II)

i.) Plaintiff demands financial disclosure and compliance for reporting to all approximately 4800 GOP State Delegates, a paper receipt copy and/or printout of their vote.
(ii.) This issue was raised, not voted on digitally, and shelved during the protests during the April 9th 2022 Arena Event, as can be seen on Facebook.

ii.) This is a formal request for a Class Action under Rule 23, F.R.Cv.P. for all Delegates who enter into this petition to digitally audit the election per Sarbanes Oxley and respective NIST procedure(s).

https://open.defense.gov/Portals/23/Documents/Regulatory/apa.pdf

11

Labor 710

i.) Plaintiff Gray-Ginsberg, as a Stage Speaker, Talent, Official Delegate, and Officially Nominated Candidate, who paid to attend was mistreated at Labor and his Copyright Violated by charging without promoting the media, per Colorado Revised Statutes 2018 TITLE 8, LABOR AND INDUSTRY.

ii.) As Plaintiff Gray-Ginsberg is part of a Special District (United Water and Sanitation), please refer to this point, the Court cited Strickler v. Colorado Springs, 26 P. 313 (Colo. 1891); Farmers Highline Canal & Reservoir Co. v. Southworth, 21 P. 1028 (Colo. 1889); and City of Thornton v. Bijou Irrigation Co., 926 P.2d 1 (Colo. 1996).)

12

Labor/Management Relations 720

17 U.S. Code § 106A - Rights of certain authors to attribution and integrity

i.) Plaintiff / Delegate / Candidate Jon Gray-Ginsberg / Monopoli Media paid for and expenses for production noted at Tracer Campaign Finance reporting for Media that was not played during the Arena Event, violating Labor Trade Practices, Campaign Finance Rules, and Trademark / Intellectual Property Rights, including violating practices for online ticket sales.

ii.) By charging candidate Gray-Ginsberg financially for a "Media Buy" (see Arena Brochure receipt) and then by not playing Video Photographic media, Musical Media, Video Campaign Media Platform, Legal Platform Media, during the allotted time for which the Plaintiff paid and the attendees paid to witness, with attendee(s) on stage with me extending the time but not, and then allowing the other candidates to play their digital media longer, Candidate Gray-Ginsberg's voice was intentionally made silent while tickets / donations / etc. were charged for an Arena event for which Candidate / Delegate Gray-Ginsberg was an "Artist / Talent", "Licensed Computer Engineer, "State Delegate", and "Official Statewide Candidate", at an event he was charged to attend to Delegate.  Please reference how other Arena promoters, like (California v. Suge Knight) treats their "Talent."

https://www.justice.gov/archives/jm/criminal-resource-manual-1852-copyright-infringement-penalties-17-usc-506a-and-18-usc-2319#:~:text=%C2%A7%20506(a)%20by%20the,18%20U.S.C.

13

IP, Copyright, and Trademark 840

i.)  Plaintiff Gray-Ginsberg alleges that the Youtube Interviews with (AP News, Telemundo, etc.) that were published for the Arena Event, charged for as part of the "Media Buy" and not exhibited, violating the Trademark of Candidate Gray-Ginsberg, the Campaign Contract and Delegate / Candidate Gray Ginsberg's civil rights, as part of the Uniform Commercial Code.

https://www.law.cornell.edu/ucc

See Links Below

ii.) Click on links below for the Youtube Photographic and Video Work by and of Paying Candidate Jon Gray-Ginsberg that was to be played when I and my attendee(s) were to be on Stage, that was withheld and my voice silenced as an act of racketeering, violating USC Title 18 Section 1961 as a RICO Group.

14

Civil Rights 440 and

Constitutionality of State Statutes 950

https://sgp.fas.org/crs/misc/R46536.pdf

https://www.justice.gov/archives/jm/criminal-resource-manual-1852-copyright-infringement-penalties-17-usc-506a-and-18-usc-2319#:~:text=%C2%A7%20506(a)%20by%20the,18%20U.S.C.

i.) Because Plaintiff Delegate and Candidate Gray-Ginsberg Copyright on Youtube Video Presentation by Candidate Jon Gray-Ginsberg produced for the Arena Event to be broadcast on projectors (see date of Publication) which media charged for, noted in Tracer Campaign Finance for the Colorado Secretary of Staten, (ii.) and was intentionally not broadcast was in malice against Plaintiff Delegate / Candidate Gray-Ginsberg's Civil Rights. (See all broadcast media that was to be part of the Overhead projectors during the event noted in Tracer Campaign Finance, Gray-Ginsberg being forced to witness computer crime against the State of Colorado while a computer contractor to the State and Federal Govt.s

Exhibit 6, 7, 8, 9



https://youtu.be/FH4qYzRus5U

iv.) Copyright on Youtube Video Presentation by Candidate Jon Gray-Ginsberg produced for the Arena Event to be broadcast on projectors (see date of Publication) that were charged for and not broadcast in malice.

Copyright Candidate Jon Gray-Ginsberg

https://youtu.be/uHglEtMTSes

v.) Copyright on Youtube Video Presentation by Candidate Jon Gray-Ginsberg produced for the Arena Event to be broadcast on projectors (see date of Publication) that were charged for and not broadcast in malice.

vii.) THIS FOLLOWING MEDIA (AUDIO AND VIDEO) WAS PRODUCED TO BE PLAYED DURING THE APRIL 9TH, ARENA EVENT AND DEFENDANT JOE JACKSON CHARGED FOR A MEDIA BUY, Click below for the Instrumental Song Gray-Ginsberg was denied permission to play during his speech, let alone any other video media made note of expenses in Tracer Campaign Finance (see links to media below that was paid for an not played by

Defendants). 1852. COPYRIGHT INFRINGEMENT -- PENALTIES -- 17 U.S.C. 506(A) AND 18 U.S.C 2319

https://soundcloud.com/gray-ginsberg/colorado-you-and-me-forever-instrumental



viii.) Plaintiff(s) request Penalties to be applied in cases of criminal copyright infringement (i.e., violations of 17 U.S.C. § 506(a)), are set forth at 18 U.S.C. § 2319. Congress has increased these penalties substantially in recent years, and has broadened the scope of behaviors to which they can apply. See this Manual at 1847.

ix.) Regarding Defendant Suneel Gul Mirchandani, Statutory penalties are found at 18 U.S.C. § 2319. A defendant, convicted for the first time of violating 17 U.S.C. § 506(a) by the

unauthorized reproduction or distribution, during any 180-day period, of at least 10 copies or phonorecords, or 1 or more copyrighted works, with a retail value of more than $2,500 can be imprisoned for up to 5 years and fined up to $250,000, or both. 18 U.S.C. §§ 2319(b), 3571(b)(3). Defendants who have previously been convicted of criminal copyright infringement under 18 U.S.C. § 2319(b)(1) may be sentenced to a maximum of 10 years imprisonment, a $250,000 fine, or both. Finally, a defendant is guilty of a misdemeanor violation if he violated rights other than those of reproduction or distribution, or has reproduced or distributed less than the requisite number of copies, or if the retail value of the copies reproduced or distributed did not meet the statutory minimum, or if other elements of 17 U.S.C. § 506(a) are not satisfied. Misdemeanants can be sentenced a maximum of one year and can be fined a maximum of $100,000. See 18 U.S.C. §§ 2319(b)(3), 3571(b)(5).

x.)    Plaintiff Gray-Ginsberg was not allowed to post any campaign Banner within the Arena, even though he arrived on time as scheduled, and the Banner then posted on the outside wall of the arena was stolen. No video will exist of Plaintiff Candidate Gray-Ginsberg's banner(s) anywhere inside the Arena during the event.

Copyright Candidate Jon Gray-Ginsberg

https://youtu.be/BwWL9UJuzo0

15

Agricultural Acts 891

https://leg.colorado.gov/bills/hb20-1060

https://youtu.be/BwWL9UJuzo0

i.) Plaintiff, Delegate, and Candidate Gray-Ginsberg Civil Rights were violated in that he was not allowed to present media, which fees where / are noted in Campaign Finance by Tracer reporting for the Colorado SOS office in that media was produced for the April 9th, 2022 State Assembly and Convention event. The media produced, which was meant to be played regarding efforts to repeal Colorado House Bill 20-1060, legalizing Human Corpses for Agricultural and Livestock fertilizer use, was not played in breach of multiple Delegates efforts to repeal this House Bill legalizing cannibalism in Colorado Agricultural.



Exhibit 2



**Colorado**
Secretary of State
Jena Griswold*

Secretary of State Home | Elections & Voting

# TRACER

Welcome back: JON FREDERICK GRAY-GINSBERG

❓ Help with this page
Campaign Finance Manual (PDF)

- TRACER Home
- ⊞Search
- ⊞Resources
- Reports
- Quick Stats
- Learn to Use TRACER
- Committee Registration
- Candidate Affidavit

## Organization Selection

Last Login: Apr 20 2022 9:18AM
My Message Center (19)

Log Off | v 20200908.1

Switch Organizations                    Currently My Info

| Organization | Key | Jurisdiction | Election, Office & District | Type & Status |
|---|---|---|---|---|
| JON FREDERICK GRAY-GINSBERG | 20215040013 | STATEWIDE | 2022 NOVEMBER ELECTION Governor | Candidate Active |
| U.S. COMMITTEE TO ELECT JON GRAY-GINSBERG AS COLORADO GOVERNOR 2022 | 20225040098 | STATEWIDE | 2022 NOVEMBER ELECTION Governor | Candidate Committee Active |

*Exhibit 10*

Term & Conditions

