```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX102937
Cashier ID: no
Transaction Date: 04/22/2022
Payer Name: Jon F. Gray-Ginsberg
--------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Jon F. Gray-Ginsberg
 Case/Party: D-COX-1-22-CV-000989-001
 Amount:         $402.00
--------------------------------------
CREDIT CARD
 Amt Tendered:   $402.00
--------------------------------------
Total Due:       $402.00
Total Tendered:  $402.00
Change Amt:      $0.00
```

Filing Fee

Fir

22-cv-00989

A fee of $53.00 will be assessed on any returned check.