https://gopethicscommittee.s3.us-east-2.amazonaws.com/Voting-441-Computer-Fraud-SOX-Complaint.pdf

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COU[RT]
DISTRICT OF COLOR[ADO]

2022 APR 22 PM 12:

JEFFREY P. COLWE[LL]
CLERK

BY_____DEP. C[LK]

Civil Action No. _____-cv-_____-_____

Plaintiff(s),
Https://www.Coloradogop.org/ethics-committee
v.  Colorado GOP Assembly Delegate Jon F. Gray-Ginsberg ID 700006
Candidate Jon Gray-Ginsberg CO SOS Tracer ID 20215040013

Defendant(s).   Suneel Gul Mirchandani c/o Replysystems.com / Infowhyse GmbH, P. Rahm, Kristi Burton Brown, Joseph Jackson, Et, Al.

## MOTION FOR APPOINTMENT OF COUNSEL

I am a __X__ plaintiff _____ defendant **[Select which side you are in your case]** in this case and am currently not represented by counsel. I believe that I am unable to proceed with the assertion of my __X__ claims _____ defenses **[Select what is appropriate to your case]** in this case without the assistance of counsel. I believe I qualify for the appointment of counsel from the Civil Pro Bono Panel.

Under the court's Civil Pro Bono Representation rule, D.C.COLO.LAttyR 15, a judicial officer of this court may enter an Appointment Order authorizing appointment by the clerk of a member of the court's Civil Pro Bono Panel when the following considerations weigh in favor of appointment:

(1) the nature and complexity of the action **[Describe below:]**
https://gopethicscommittee.s3.us-east-2.amazonaws.com/Voting-441-Computer-Fraud-SOX-Complaint.pdf

_____

_____

_____

(2) the potential merit of the claims or defenses of the unrepresented party;

a). Mitigating non compliant voting computers
b.) Copyright / IP damages
c.) Mitigating Sarbanes Oxley Violations
d.) Retabulating Election Results with Voting receipts for Delegates

(3) the demonstrated inability of the unrepresented party to retain an attorney by other means;

A Class Action Lawsuit brought on behalf of approximately 4800 Colorado State GOP Delegates.

and

(4) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel:

Bringing Justice to Computer Voting Standards, Sarbanes Oxley Violations, and enforcing the The Computer Fraud and Abuse Act of 1986 (CFAA) was violated, which is a United States cybersecurity bill that was enacted in 1986 as an amendment to existing computer fraud law (18 U.S.C. § 1030).

D.C.COLO.LAttyR 15(f)(1)(B); *Hill v. SmithKline Beecham Corp.*, 393 F.3d 1111, 1115 (10th Cir. 2004).

I am aware that **I am obligated, as a party in this case representing myself, to meet all obligations and deadlines imposed** under the law and the rules of procedure, local rules, and the practice of standards of this court until appointed counsel formally enters an appearance in this case. I also confirm that I understand that, in the event this motion is granted, **there is no guarantee that appointment of counsel results in an attorney(s) automatically entering an appearance in this case** – only

that a member of the Civil Pro Bono Panel will review the case for possible representation.

I confirm that I have conferred with counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a) [1].

Dated at ___04-20-2022___ (city), Frisco, CO ___(state), this _20th_ day _April_____, 20_22_.

_Jon F. Gray-Ginsberg_    7.7
(Unrepresented Party's Name)

35 West Main Street, Box 1521, Frisco, CO 80443
(Address)

970-368-2375
(Phone Number)

---

[1] **[Note:** Local Rule D.C.COLOLCivR 7.1(a) requires a party (including an unrepresented party) to confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party about the subject of their motion before filing the motion and to describe the specific efforts to fulfill this duty. However, the duty to confer is not required under the local rules for a motion filed in a case involving an unrepresented prisoner.]