Exhibit 11

22 CV 989 - SKC



**OFFICE OF THE LORD PRESIDENT OF THE COUNCIL & LEADER OF THE HOUSE OF COMMONS**

U.S. DISTRICT COURT COLORADO
2022 MAY -5 PM 2:41
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

Jon Gray Ginsburg Esq.,
35 West Main Street
Frisco
Colorado
80443

Our Ref: JRM/NMP1949
21 December 2021

Dear Mr Ginsburg,

Thank you for your correspondence to the Leader of the House of Commons regarding the legalisation of human composting in Colorado. I am responding on his behalf.

It would not be appropriate for the Leader of the House of Commons or any UK Government Minister to officially comment on the issue which you raise as the issue appears to be within the competency of state legislation in a sovereign entity other than the UK.

Thank you again for taking the time to write.

Yours sincerely,

*Tyler*

**ASSISTANT PRIVATE SECRETARY**