IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:22-cv-00989-CNS

JON F. GRAY-GINSBERG, *et al.*,

 Plaintiffs,

v.

SUNEEL GUL MIRCHANDANI, *et al.*,

 Defendants.

## ORDER

 Before the Court is the Report and Recommendation by United States Magistrate Judge S. Kato Crews issued on June 2, 2023, recommending that this case be dismissed for failure to prosecute and to comply with court orders (ECF No. 14). For the following reasons, the Court AFFIRMS and ADOPTS the Recommendation.

 The parties were advised that they had fourteen days, after being served with a copy of the Recommendation, to file written objections in order to obtain reconsideration by the District Judge assigned to the case. *See* Fed. R. Civ. P. 72(b). Neither party has filed an objection to Magistrate Judge Crews' Recommendation.

 Under 28 U.S.C. § 636(b)(1)(B), a magistrate judge may consider dispositive motions and submit recommendations to the Court. When a magistrate judge submits a recommendation, the Court must "determine de novo any part of the magistrate judge's [recommended] disposition that

1

has been properly objected to." Fed. R. Civ. P. 72(b)(3). A party's failure to file such written objections may bar the party from a de novo determination by the district judge of the proposed findings and recommendations. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). When this occurs, the Court is "accorded considerable discretion" and "may review a magistrate's report under any standard it deems appropriate." *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas*, 474 U.S. at 150).

After reviewing all the relevant pleadings, the Court concludes that Magistrate Judge Crews' analysis was thorough and comprehensive, the Recommendation is well reasoned, and the Court finds no clear error on the face of the record. Accordingly, the Court AFFIRMS and ADOPTS Magistrate Judge Crews' Recommendation as an order of this Court. (ECF No. 14). This case is therefore DISMISSED WITHOUT PREJUDICE for Plaintiffs' failure to respond to the motion to dismiss (ECF No. 11) or otherwise prosecute this action, and for failure to comply with the Court's order for the entity-Plaintiff to retain counsel (*see* ECF No. 12).

DATED this 21st day of June 2023.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge