# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00989-CNS

JON F. GRAY-GINSBERG, Colorado GOP Assembly Delegate, ID 700006,
CANDIDATE JON GRAY-GINSBERG, CO, SOS Tracer ID 20215040013, and
HTTPS://WWW/COLORADOGOP.ORG/ETHICS-COMMITTEE,

    Plaintiffs,

v.

SUNEEL GUL MIRCHANDANI,
REPLYSYSTEMS,
INFOWHYSE GMBH,
P. RAHM,
KRISTI BURTON-BROWN, and
JOE JACKSON, Et Al.,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of United States District Judge Charlotte N. Sweeney entered on June 21, 2023 (ECF No. 16), it is

ORDERED that the Court AFFIRMS and ADOPTS Magistrate Judge Crews' Recommendation as an order of the Court. (ECF No. 14). It is

FURTHER ORDERED that this case is therefore DISMISSED WITHOUT PREJUDICE for Plaintiffs' failure to respond to the motion to dismiss (ECF No. 11) or otherwise prosecute this action, and for failure to comply with the Court's order for the entity-Plaintiff to retain counsel (*see* ECF No. 12). It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants and against Plaintiffs.

Dated at Denver, Colorado this 21st day of June, 2023.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk